| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum, Esq. SW2734<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on February 19, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Haile & Rosalba Perez | Case No.:   18-34745<br><br>Chapter:   13<br><br>Adv. No.:   N/A<br><br>Hearing Date:   2/19/2019 @ 10:00 a.m.<br><br>Judge:   JNP |

**ORDER:**

1. **TO WAIVE APPEARANCE AT 341(A) HEARING FOR DEBTOR**

2. **TO ALLOW DEBTOR'S POWER OF ATTORNEY TO APPEAR AT 341(a) HEARING ON BEHALF OF DEBTOR**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 19, 2019**

_/s/ Jerrold N. Poslusny, Jr._
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:**   Haile & Rosalba Perez
**Case No:**   18-34745/JNP
**Caption of Order:** 1. To Waive Appearance at 341(a) Hearing for Debtor 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor

---

Upon consideration of the Motion of Seymour Wasserstrum, Esq. 1. To Waive Appearance at 341(a) Hearing for Debtor and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor; and good cause appearing therefore; it is hereby

**ORDERED AND ADJUDGED** that Haile Perez is waived from appearing at the 341(a) Meeting of Creditors;

**IT IS FURTHER ORDERED** that Rosalba Perez is authorized to appear at the 341(a) Hearing on behalf of Haile Perez.