| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Seymour Wasserstrum, Esq. SW2734<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on February 19,<br>2019 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| | Case No.:       18-34745 |
| | Chapter:        13 |
| In Re: | Adv. No.:       N/A |
| Haile & Rosalba Perez | Hearing Date: 2/19/2019 @ 10:00 a.m. |
| | Judge:          JNP |

**ORDER:**

1. **TO WAIVE APPEARANCE AT 341(A) HEARING FOR DEBTOR**

2. **TO ALLOW DEBTOR'S POWER OF ATTORNEY TO APPEAR AT 341(a) HEARING ON BEHALF OF DEBTOR**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: February 19, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Haile & Rosalba Perez
**Case No:** 18-34745/JNP
**Caption of Order:** 1. To Waive Appearance at 341(a) Hearing for Debtor 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor

---

Upon consideration of the Motion of Seymour Wasserstrum, Esq. 1. To Waive Appearance at 341(a) Hearing for Debtor and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor; and good cause appearing therefore; it is hereby

**ORDERED AND ADJUDGED** that Haile Perez is waived from appearing at the 341(a) Meeting of Creditors;

**IT IS FURTHER ORDERED** that Rosalba Perez is authorized to appear at the 341(a) Hearing on behalf of Haile Perez.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-34745-JNP
Haile P. Perez                                                          Chapter 13
Rosalba M. Perez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Feb 19, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db/jdb         +Haile P. Perez,   Rosalba M. Perez,   127 Schaffer Ave,   Cedarville, NJ 08311-2207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Rosalba M. Perez mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Haile P. Perez mylawyer7@aol.com,    ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7