UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 28, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Haile P. Perez and Rosalba M. Perez

Case No.: 18-34745

Chapter: 13

Judge: Poslusny

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: May 28, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of ___Seymour Wasserstrum for the debtors___ for the reduction of time for a hearing on _Motion to Vacate Dismissal of Case_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____June 4, 2019_____ at _10:00 am_ in the United States Bankruptcy Court, _____400 Cooper Street, Camden, NJ_____, Courtroom No. ___4C___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _All Secured Creditors_____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Chapter 13 Trustee_____

☐ on the same day as the date of this Order, or

☒ within ___1___ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*