UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Haile P. Perez and Rosalba M. Perez

**Order Filed on May 28, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:     18-34745

Chapter:      13

Judge:        Poslusny

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: May 28, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of ___Seymour Wasserstrum for the debtors___ for the reduction of time for a hearing on __Motion to Vacate Dismissal of Case_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____June 4, 2019_____ at _10:00 am_ in the United States Bankruptcy Court, _____400 Cooper Street, Camden, NJ_____, Courtroom No. ___4C___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
All Secured Creditors_____
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Chapter 13 Trustee_____

☐ on the same day as the date of this Order, or

☒ within ___1___ day(s) of the date of this Order.

2

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

        ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

        ☒ may be presented orally at the hearing.

    8.    ☒ Court appearances are required to prosecute the motion/application and any objections.

        ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-34745-JNP
Haile P. Perez                                                                          Chapter 13
Rosalba M. Perez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                  Page 1 of 1              Date Rcvd: May 28, 2019
                              Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db/jdb         +Haile P. Perez,    Rosalba M. Perez,    127 Schaffer Ave,    Cedarville, NJ 08311-2207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                           Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Rosalba M. Perez mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Haile P. Perez mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7