UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Embrace Home Loans, Inc.

**Order Filed on June 19, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Haile P. Perez, Rosalba M. Perez

Debtors.

Case No.: 18-34745 JNP

Adv. No.:

Hearing Date: 6/18/19 @ 10:00 a.m..

Judge: Jerrold N. Poslusny, Jr.

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO MOTION TO VACATE DISMISSAL

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 19, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Haile P. Perez, Rosalba M. Perez
Case No: 18-34745 JNP
Caption of Order: ORDER RESOLVING SERCURED CREDITOR'S OBJECTION TO MOTION TO VACATE DISMISSAL
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Embrace Home Loans, Inc., Denise Carlon appearing, upon an objection to motion to vacate dismissal as to real property located at 127 Schaffer Avenue, Cedarville, NJ, 08311, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Seymour Wasserstrum, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of June 10, 2019, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2019 through May 2019 for a total post-petition default of $7,874.46 ( 6 @ $1,312.41); and

It is further **ORDERED, ADJUDGED and DECREED** that payment for June 2019 in the amount of $1,312.41 is to be paid by June 31, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $6,562.05 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2019, directly to Secured Creditor's servicer, RoundPoint Mortgage Servicing Corporation, P.O. Box 19409, Charlotte, NC 28219-4909 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**
Debtor:  Haile P. Perez, Rosalba M. Perez
Case No:  18-34745 JNP
Caption of Order:  ORDER RESOLVING SERCURED CREDITOR'S OBJECTION TO MOTION TO VACATE DISMISSAL
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Objection to Motion to Vacate Dismissal is hereby resolved.