| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum, Esq. SW2734<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on September 25, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Haile P. Perez and Rosalba M. Perez | Case No.:      18-34745<br><br>Chapter:       13<br><br>Adv. No.:      N/A<br><br>Hearing Date:  9/24/19 @ 10:00 a.m.<br><br>Judge:         JNP |

**ORDER ALLOWING 341(A) MEETING OF CREDITORS TO BE RESCHEDULED**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 25, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
**Debtors:** Haile P. Perez and Rosalba M. Perez
**Case No.:** 18-34745/JNP
**Caption of Order:** Order Allowing 341(a) Meeting of Creditors to be Rescheduled

Upon the Application of Seymour Wasserstrum, Esq., Counsel for Debtors, and for good cause shown, it is hereby;

**ORDERED** that the 341(a) Meeting of Creditors be rescheduled.