| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Seymour Wasserstrum, Esq. SW2734<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on September 25,<br>2019 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>Haile P. Perez and Rosalba M. Perez | Case No.: 18-34745<br><br>Chapter: 13<br><br>Adv. No.: N/A<br><br>Hearing Date: 9/24/19 @ 10:00 a.m.<br><br>Judge: JNP |

## ORDER ALLOWING 341(A) MEETING OF CREDITORS TO BE RESCHEDULED

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 25, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
**Debtors:** Haile P. Perez and Rosalba M. Perez
**Case No.:** 18-34745/JNP
**Caption of Order:** Order Allowing 341(a) Meeting of Creditors to be Rescheduled

Upon the Application of Seymour Wasserstrum, Esq., Counsel for Debtors, and for good cause shown, it is hereby;

**ORDERED** that the 341(a) Meeting of Creditors be rescheduled.

United States Bankruptcy Court
District of New Jersey

In re:  
Haile P. Perez  
Rosalba M. Perez  
       Debtors

Case No. 18-34745-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1        Date Rcvd: Sep 25, 2019
                        Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2019.
db/jdb          +Haile P. Perez,    Rosalba M. Perez,    127 Schaffer Ave,    Cedarville, NJ 08311-2207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
         Seymour   Wasserstrum    on behalf of Joint Debtor Rosalba M. Perez mylawyer7@aol.com,
          ecf@seymourlaw.net
         Seymour   Wasserstrum    on behalf of Debtor Haile P. Perez mylawyer7@aol.com,   ecf@seymourlaw.net
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                   TOTAL: 7