Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−34745−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Haile P. Perez                                    Rosalba M. Perez
127 Schaffer Ave                                  127 Schaffer Ave
Cedarville, NJ 08311                              Cedarville, NJ 08311

Social Security No.:
xxx−xx−1222                                       xxx−xx−2334

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 18, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: December 18, 2019
JAN: kvr

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-34745-JNP
Haile P. Perez                                                          Chapter 13
Rosalba M. Perez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2            Date Rcvd: Dec 18, 2019
                             Form ID: 148             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db/jdb         +Haile P. Perez,    Rosalba M. Perez,   127 Schaffer Ave,    Cedarville, NJ 08311-2207
517927695       Apex Asset Management,    1286 Carmichael Way,    Montgomery, AL 36106-3645
517927698      +Center For Diagnostic Imaging,    1550 E. Chestnut Ave Ste 4c,    Vineland, NJ 08361
517927701      +Cumberland County Taxation Board,    220 N Laurel St,    Bridgeton, NJ 08302-1516
517927702      +Diversified Consultants,    600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
517927703      +Embrace Home Loans,    PO Box 77404,    Trenton, NJ 08628-6404
517951804      +Embrace Home Loans, Inc..,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517927709      +Jefferson Capital,    4500 Cherry Creek Drive South Suite 700,    Denver, CO 80246-1534
517927711      +Lawrence Township Tax Assessor,    357 Main St,    Cedarville, NJ 08311-2542
517927713       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517927714      +PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217-4636
517927715     #+RoundPoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517988412      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
                 Charlotte, NC 28217-1932
517927720     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517927716      +Selip & Stylianou LLP,    10 Forest Avenue,    Paramus, NJ 07652-5238
517927718      +South Jersey Health System,    PO Box 3129,    Secaucus, NJ 07096-3129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2019 00:32:14     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2019 00:32:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517927696       EDI: CAPITALONE.COM Dec 19 2019 04:43:00     Capital One,   PO Box 85015,
                 Richmond, VA 23285-5015
517965396       EDI: CAPITALONE.COM Dec 19 2019 04:43:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517927697      +EDI: CAPITALONE.COM Dec 19 2019 04:43:00     Capital One Justice,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
517927699       EDI: CITICORP.COM Dec 19 2019 04:43:00     Citi Cards,   PO Box 8113,
                 South Hackensack, NJ 07606-8113
517927700       EDI: WFNNB.COM Dec 19 2019 04:43:00     Comenity Bank/Peebles,   Po Box 182789,
                 Columbus, OH 43218-2789
517927704       EDI: BLUESTEM Dec 19 2019 04:43:00     Finger Hut,   PO Box 166,   Newark, NJ 07101-0166
518022189       E-mail/Text: bankruptcy@glsllc.com Dec 19 2019 00:30:54     Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
517927705      +E-mail/Text: bankruptcy@glsllc.com Dec 19 2019 00:30:54     Global Lending Servoces LLC,
                 P.O Box 10437,   Greenville, SC 29603-0437
517927708       EDI: IRS.COM Dec 19 2019 04:43:00     Internal Revenue Service,   P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
517927710       EDI: JEFFERSONCAP.COM Dec 19 2019 04:43:00     Jefferson Capital,   16 McLeland Rd,
                 Saint Cloud, MN 56303
517927710       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 19 2019 00:32:31     Jefferson Capital,
                 16 McLeland Rd,   Saint Cloud, MN 56303
517937541       EDI: JEFFERSONCAP.COM Dec 19 2019 04:43:00     Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
517937541       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 19 2019 00:32:32     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
517949660       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 00:33:59     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517949746       E-mail/PDF: MerrickBKNotifications@resurgent.com Dec 19 2019 00:34:20     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517994338      +EDI: CBSMASON Dec 19 2019 04:43:00     Massey's,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
517927712       E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 19 2019 00:33:34     Merrick Bank,
                 PO Box 5721,   Hicksville, NY 11802-5721
518015498      +EDI: MID8.COM Dec 19 2019 04:43:00     Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
518020721       EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
518023311       EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,   c/o Justice,
                 POB 41067,   Norfolk VA 23541
518020718       EDI: PRA.COM Dec 19 2019 04:43:00     Portfolio Recovery Associates, LLC,   c/o Peebles,
                 POB 41067,   Norfolk VA 23541
517927717      +Fax: 516-933-1697 Dec 19 2019 00:50:40     Slomin's Inc,   125 Lauman Lane,
                 Hicksville, NY 11801-6539

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Dec 18, 2019
                               Form ID: 148             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518008586       EDI: BECKLEE.COM Dec 19 2019 04:43:00      State Farm Bank,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA 19355-0701
517927719       EDI: STFMFC.COM Dec 19 2019 04:43:00       State Farm Bank,   P.O. Box 23025,
                 Columbus, GA 31902-3025
517927721       EDI: CBS7AVE Dec 19 2019 04:43:00          Swiss Colony,   1112 7th Ave,   Monroe, WI 53566-1364
517928293      +EDI: RMSC.COM Dec 19 2019 04:43:00         Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517927722       EDI: VERIZONCOMB.COM Dec 19 2019 04:43:00  Verizon,   PO Box 25087,
                 Wilmington, DE 19899-5087
                                                                                             TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517927707*      Internal Revenue Service,   Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
517927706*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Rosalba M. Perez mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Haile P. Perez mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```